IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERARD POTTS, | Civil No. 3:23-cv-1332 |
| Petitioner | (Judge Mariani) |
| v. | |
| WARDEN OF LACKAWANNA COUNTY PRISON, *et al.*, | |
| Respondents | |

**ORDER**

AND NOW, this 15th day of August, 2023, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **CONSTRUED** as a petition pursuant to 28 U.S.C. § 2241 and is **DISMISSED** without prejudice. *See* R. GOVERNING § 2254 CASES R. 4.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge